1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | MARISSA HARRIS (DCBN 997421)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5043

7 | FAX: (408) 535-5066
Email: marissa.harris@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        )   NO. 15-71011 MAG
                                    )
15 |      Plaintiff,                 )   NOTICE OF DISMISSAL
                                    )
16 |   v.                            )
                                    )
17 | REGINALDO BARAJAS-DELGADO,      )
                                    )
18 |      Defendant.                 )
     _____    )

19

20 | With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 | States Attorney for the Northern District of California dismisses the above complaint without prejudice

22 | and moves that the Court recall the arrest warrant issued in connection with the complaint in this case.

23

24 | DATED: January 22, 2016                    Respectfully submitted,

25                                              BRIAN J. STRETCH
                                                Acting United States Attorney
26

27                                              _____/s/_____
                                                MARISSA HARRIS
28                                              Assistant United States Attorney

NOTICE OF DISMISSAL 15-71011 MAG

**ORDER**

Leave is granted to the government to dismiss the complaint. It is further ordered that the arrest warrant issued in connection with the complaint is recalled.

Date: 1/25/2016

_____
United States Magistrate Judge

NOTICE OF DISMISSAL 15-71011 MAG